AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of CALIFORNIA

SCOTT JOHNSON, Plaintiff(s),
V.

see's candies, inc., a California Corporation; Kenneth Brown; Laurie Brown; and does 1-10 Defendants

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-04708-JSC

Notice is hereby given that, subject to approval by the court, **SEE"S CANDIES, INC.** substitutes
(Party (s) Name)

**Joseph Strella, Esq.**, State Bar No. **178947** as counsel of record in
(Name of New Attorney)

place of Frances H. Yoshimura, Esq. SBN 124325; Law Offices of John A. Biard
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Clapp, Moroney
Address: 1111 Bayhill Dr., Suite 300, San Bruno, CA 94066
Telephone: (650) 989-5400    Facsimile (650) 989-5499
E-Mail (Optional): jstrella@clappmoroney.com

I consent to the above substitution.
Date: 12-1-15      _John Turcza_ – CFO
                   (Signature of Party (s))

I consent to being substituted.
Date: Dec. 1, 2015   Frances H. Yoshimura
                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date: December 1, 2015   Joseph Strella
                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 3, 2015

[Note: A separate consent order of substitution must be filed by each new attorney.]

**GRANTED**
Jacqueline Scott Corley
Judge Jacqueline Scott Corley