UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>             Plaintiff,<br><br>      v.<br><br>SEES CANDIES, INC., et al.,<br><br>             Defendants. | Case No. 15-cv-04708-JSC<br><br>**ORDER REQUESTING STATUS UPDATE** |

Plaintiff filed this Americans with Disabilities Act ("ADA") access case in October 2015. (Dkt. No. 1.) The complaint was answered as of November and December 2015. (Dkt. Nos. 10, 15.) Since that time, the docket does not reflect any substantive activity even though the deadline for plaintiff to file a "Notice of need for Mediation" has passed. (*See* Dkt. No. 5.) In addition, the Clerk's Office directed Defendants to file a consent or declination to proceed before a magistrate judge by December 15, 2015, but Defendants did not do so. Accordingly, on or before March 28, 2016, Plaintiff shall file a status report updating the Court on the status of this case, and Defendants shall file a consent or declination to proceed before a magistrate judge.

**IT IS SO ORDERED.**

Dated: March 14, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge