UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>SEE'S CANDIES, INC., a California Corporation;<br>KENNETH SARACHAN;<br>LAURIE BROWN; and Does 1-10,<br><br>          Defendants. | Case No.:   3:15-CV-04708-JSC<br><br>**ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for __June 9, 2016__ at _1:30_ ~~am~~ pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated:  April 5, 2016                    _/s/ Jacqueline Scott Corley_
                                   HONORABLE JACQUELINE SCOTT CORLEY
                                   United States Magistrate Court Judge